IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Richardson, Jason

Printed: 11/11/08

Case Number:  08 B 11705
Judge:  Hollis, Pamela S
Filed:  5/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 5, 2008
Confirmed:  July 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,200.00 |  |
| Secured: |  | 260.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,123.60 |
| Trustee Fee: |  | 166.40 |
| Other Funds: |  | 650.00 |
| Totals: | 3,200.00 | 3,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,351.50 | 2,123.60 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Honor Finance | Secured | 3,938.88 | 260.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 20,010.41 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 654.92 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 416.57 | 0.00 |
| 7. | Honor Finance | Unsecured | 64.60 | 0.00 |
| 8. | Pharia LLC | Unsecured | 211.84 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 315.66 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 478.84 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 1,972.15 | 0.00 |
| 12. | Educational Credit Management Corp | Unsecured | 3,530.96 | 0.00 |
| 13. | American General Finance | Unsecured | 177.31 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 275.79 | 0.00 |
| 15. | Aurora Chicago Lakeshore | Unsecured | 37.79 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 371.65 | 0.00 |
| 17. | MRSI | Unsecured |  | No Claim Filed |
| 18. | Collection | Unsecured |  | No Claim Filed |
| 19. | Diversified Adjustment Service | Unsecured |  | No Claim Filed |
| 20. | Chase | Unsecured |  | No Claim Filed |
| 21. | Medical Collections | Unsecured |  | No Claim Filed |
| 22. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 23. | Medical Collections | Unsecured |  | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,808.87 | $ 2,383.60 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Richardson, Jason

Printed: 11/11/08

Case Number: 08 B 11705
Judge: Hollis, Pamela S
Filed: 5/8/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 123.50 |
| 6.6% | 42.90 |
| | $ 166.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

